STUART F. DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director
RICHARD GOLDBERG
Assistant Director
SANG H. LEE (DCB – 985267)
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Tel: (202) 532-4793
Fax: (202) 514-8742
Email: Sang.H.Lee@usdoj.gov

Attorneys for Defendants
Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARGARET A. HAMBURG, M.D.,<br>in her official capacity as Commissioner,<br>U.S. Food and Drug Administration<br><br>　　and<br><br>KATHLEEN SEBELIUS,<br>in her official capacity as Secretary,<br>U.S. Dep't of Health and Human Services,<br><br>　　　　Defendants. | Case Number: C 12-03412 (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

WHEREAS, Plaintiff JANE DOE ("Plaintiff") filed a complaint against Defendants MARGARET A. HAMBURG, M.D., in her official capacity as Commissioner, U.S. Food and

Drug Administration, and KATHLEEN SEBELIUS, in her official capacity as Secretary, U.S. Department of Health and Human Services ("Defendants") on or about July 2, 2012, in this Court;

WHEREAS, Plaintiff served the Complaint on Defendants via certified mail on July 11, 2012, and absent an extension of time, the deadline for Defendants to answer or otherwise respond to the Complaint is September 10, 2012;

WHEREAS, Civil L.R. 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time within which to answer or otherwise respond to the complaint without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, there have been no prior stipulations or requests for extension of time to answer or otherwise respond to the Complaint.

IT IS HEREBY STIPULATED by and between the parties that Defendants may have an extension of three weeks to answer or otherwise respond to the Complaint, up to and including October 1, 2012.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: September 6, 2012          BY: ____/s/ SHL_____
                                       Sang H. Lee
                                       *Attorney for Defendants*

Dated: September 6, 2012          BY: ____/s/ ADA_____
                                       Amber D. Abbasi
                                       *Attorney for Plaintiff*

IT IS SO ORDERED.

Dated: _____9/7_____, 2012

IT IS SO ORDERED
Judge Edward M. Chen

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

      I, Sang H. Lee, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order to Extend Defendants' Time to Response to the Complaint. Pursuant to Civil L.R. 5-1(i), I hereby attest that Amber D. Abbasi, counsel for Plaintiff, JANE DOE, has concurred in this filing.

                                                                                     Sang H. Lee
                                                                                    *Attorney for Defendants*