UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>MARGARET A. HAMBURG, M.D., *et al.*,<br><br>   Defendants.<br>_____/ | No. C-12-3412 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY USING A PSEUDONYM**<br><br>**(Docket No. 9)** |

  Plaintiff has asked leave of the Court to proceed in this case under the following pseudonym: Jane Doe. Defendants do not oppose the request. Because Defendants do not oppose Plaintiff's motion and because Plaintiff has established good cause for her request, Plaintiff's motion is hereby **GRANTED**. The hearing on the motion is **VACATED**.

  1. Plaintiff may proceed in this case using the pseudonym Jane Doe.

  2. Plaintiff shall hereinafter be referred to in pleadings, motions, and so forth as Jane Doe.

  3. If a document, thing, or other information reveals Plaintiff's true legal name, date of birth, social security number, telephone number, email address, mailing or physical address, or any other information that can reasonably be used to identify Plaintiff ("personally identifiable information"), then, before it is filed with the Court, all personally identifiable information shall be redacted therefrom. Plaintiff and/or Defendants may redact the personally identifiable information without seeking prior leave of the Court.

4. This order does not bar Defendants from asking Plaintiff to provide her personally identifiable information as a part of initial disclosures and/or discovery. If, however, Defendants seek this information, then the parties shall meet and confer regarding the terms of a protective order to maintain the confidentiality of the information.

5. The parties shall meet and confer regarding the terms of a protective order to maintain the confidentiality of the information which might be disclosed or discovered. The parties shall submit a stipulated protective order to the Court for approval. Defendants shall not make any disclosures of the information until a protective order is entered by this Court.

This order disposes of Docket No. 9.

IT IS SO ORDERED.

Dated: September 10, 2012

_____
EDWARD M. CHEN
United States District Judge

2