1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9                           SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE | ) |
| | ) Case Number: C 12-03412 (EMC) |
| Plaintiff, | ) |
| | ) |
| vs. | ) [~~PROPOSED~~] **ORDER REGARDING** |
| | ) **STIPULATED REQUEST FOR ORDER** |
| MARGARET A. HAMBURG, M.D., | ) **CHANGING TIME** AS MODIFIED BY |
| in her official capacity as Commissioner, | )  THE COURT |
| U.S. Food and Drug Administration | ) |
| | ) |
| and | ) |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| in her official capacity as Secretary, | ) |
| U.S. Dep't of Health and Human Services, | ) |
| | ) |
| Defendants. | ) |
| | ) |

   Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Changing Time.

   For good cause shown therein, it is hereby ORDERED that:

   1.   The parties' Stipulated Request for Order Changing Time is GRANTED;

1   2.  Doe's response to Defendants' Motion to Dismiss Complaint is due by November 5, 2012;

2   3.  Defendants' reply is due by December 3, 2012;

3   4.  The hearing on Defendants' Motion is set for ~~December 14~~, December 21, 2012 at 1:30 p.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102; and

4   5.  The Case Management Conference currently scheduled for November 2, 2012, is rescheduled to February 1, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/11__, 2012



Hon. _____
United _____
Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED

---

2

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. C 12-03412 (EMC)**