UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE | ) |
| | ) Case Number: C 12-03412 (EMC) |
| Plaintiff, | ) |
| | ) |
| vs. | ) [PROPOSED] ORDER REGARDING |
| | ) STIPULATED REQUEST FOR ORDER |
| MARGARET A. HAMBURG, M.D., | ) CHANGING TIME  AS MODIFIED BY |
| in her official capacity as Commissioner, | )  THE COURT |
| U.S. Food and Drug Administration | ) |
| | ) |
| and | ) |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| in her official capacity as Secretary, | ) |
| U.S. Dep't of Health and Human Services, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Changing Time.

For good cause shown therein, it is hereby ORDERED that:

1.      The parties' Stipulated Request for Order Changing Time is GRANTED;

2. Doe's response to Defendants' Motion to Dismiss Complaint is due by November 5, 2012;

3. Defendants' reply is due by December 3, 2012;

4. The hearing on Defendants' Motion is set for ~~December 14~~ December 21, 2012 at 1:30 p.m. in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102; and

5. The Case Management Conference currently scheduled for November 2, 2012, is rescheduled to February 1, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/11_____, 2012



ITIS SO ORDERED AS MODIFIED
Judge Edward M. Chen