UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE | ) |
| | ) Case Number: C 12-03412 (EMC) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **[PROPOSED] ORDER REGARDING** |
| | ) **STIPULATED REQUEST FOR ORDER** |
| MARGARET A. HAMBURG, M.D., | ) **GRANTING LEAVE, VACATING THE** |
| in her official capacity as Commissioner, | ) **HEARING ON DEFENDANTS' MOTION** |
| U.S. Food and Drug Administration | ) **TO DISMISS COMPLAINT, AND** |
| | ) **CHANGING TIME** |
| and | ) |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| in her official capacity as Secretary, | ) |
| U.S. Dep't of Health and Human Services, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Granting Leave, Vacating the Hearing on Defendants' Motion to Dismiss Complaint, and Changing Time.

For good cause shown therein, it is hereby ORDERED that:

1

**[PROPOSED] ORDER GRANTING LEAVE, VACATING THE HEARING ON DEFENDANTS' MOTION, AND CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**

1.     The parties' Stipulated Request is GRANTED;

2.     Defendants are GRANTED leave to withdraw their pending Motion to Dismiss Complaint ("Motion");

3.     The hearing on Defendants' Motion, which is currently set for December 21, 2012 is VACATED;

4.     Plaintiff is GRANTED leave to file an Amended Complaint, no later than January 11, 2013;

5.     Defendants are GRANTED leave to file any responsive pleadings to the Amended Complaint authorized by the Federal Rules of Civil Procedure, no later than February 25, 2013; and

6.     The Case Management Conference currently scheduled for January 31, 2013 is CONTINUED, ~~and will be rescheduled to a later date.~~ to February 28, 2013 at 9:00 a.m. A joint CMC statement shall be filed by February 21, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _12/17_____, 2012



_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen