|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JANE DOE                                           )
                                                   ) Case Number: C 12-03412 (EMC)
    Plaintiff,                 )
                                                   )
    vs.                        ) **[PROPOSED] ORDER REGARDING**
                                                   ) **STIPULATED REQUEST FOR ORDER**
MARGARET A. HAMBURG, M.D.,                         ) **GRANTING LEAVE, VACATING THE**
in her official capacity as Commissioner,          ) **HEARING ON DEFENDANTS' MOTION**
U.S. Food and Drug Administration                  ) **TO DISMISS COMPLAINT, AND**
                                                   ) **CHANGING TIME**
    and                        )
                                                   )
KATHLEEN SEBELIUS,                                 )
in her official capacity as Secretary,             )
U.S. Dep't of Health and Human Services,           )
                                                   )
    Defendants.                )
                                                   )

       Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Granting Leave, Vacating the Hearing on Defendants' Motion to Dismiss Complaint, and Changing Time.

       For good cause shown therein, it is hereby ORDERED that:

1

1.     The parties' Stipulated Request is GRANTED;

2.     Defendants are GRANTED leave to withdraw their pending Motion to Dismiss Complaint ("Motion");

3.     The hearing on Defendants' Motion, which is currently set for December 21, 2012 is VACATED;

4.     Plaintiff is GRANTED leave to file an Amended Complaint, no later than January 11, 2013;

5.     Defendants are GRANTED leave to file any responsive pleadings to the Amended Complaint authorized by the Federal Rules of Civil Procedure, no later than February 25, 2013; and

6.     The Case Management Conference currently scheduled for January 31, 2013 is CONTINUED, ~~and will be rescheduled to a later date.~~ to February 28, 2013 at 9:00 a.m. A joint CMC statement shall be filed by February 21, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/17, 2012



Hon. Edward M. Chen
United States ~~District Judge~~

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

**[PROPOSED] ORDER GRANTING LEAVE, VACATING THE HEARING ON DEFENDANTS' MOTION, AND CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**