UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARGARET A. HAMBURG, M.D., )<br>in her official capacity as Commissioner, )<br>U.S. Food and Drug Administration )<br>)<br>and )<br>)<br>KATHLEEN SEBELIUS, )<br>in her official capacity as Secretary, )<br>U.S. Dep't of Health and Human Services, )<br>)<br>Defendants. )<br>                                                 ) | Case Number: C 12-03412 (EMC)<br><br>**[PROPOSED] ORDER REGARDING STIPULATED REQUEST FOR ORDER CHANGING TIME**   (revised) |

Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Changing Time.

For good cause shown therein, it is hereby ORDERED that:

1. The parties' Stipulated Request for Order Changing Time is GRANTED;

1

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**

1    2.    Plaintiff's response to Defendants' anticipated Motion to Dismiss the First Amended Complaint is due by April 8, 2013;

3.    Defendants' reply is due May 13, 2013;

4.    The hearing on Defendants' anticipated Motion to Dismiss the First Amended Complaint is set for ~~May 31, 2013;~~ June 20, 2013 at 1:30 p.m.

5.    The parties shall file a joint CMC Statement no later than 1~~4 days after any Answer filed by Defendants; and~~ March 28, 2013

6.    The Case Management Conference currently scheduled for February 28, 2013 is rescheduled to a ~~date no later than 21 days after any Answer filed by Defendan~~ts. April 4, 2013 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   2/19  , 2013



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen