STUART F. DELERY
Principal Deputy Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director, Consumer Protection Branch
SANG H. LEE (DCB – 985267)
Trial Attorney, Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Tel: (202) 616-0219
Fax: (202) 514-8742
Email: Sang.H.Lee@usdoj.gov

Attorneys for Defendants
Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius,
Secretary of Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE | ) |
| | ) Case Number: C 12-03412 (EMC) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATED REQUEST FOR ORDER** |
| | ) **CHANGING TIME**   ; ORDER |
| MARGARET A. HAMBURG, M.D., | ) |
| in her official capacity as Commissioner, | ) Place: Courtroom 5, 17th Floor |
| U.S. Food and Drug Administration | )         450 Golden Gate Avenue |
| | )         San Francisco, CA 94102 |
| and | ) Judge:  Hon. Edward M. Chen |
| | ) |
| KATHLEEN SEBELIUS, | ) |
| in her official capacity as Secretary, | ) |
| U.S. Dep't of Health and Human Services, | ) |
| | ) |
| Defendants. | ) |
| | ) |

///

///

1
**STIPULATED REQUEST FOR ORDER CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**

On January 11, 2013, Plaintiff Jane Doe filed her First Amended Complaint (d/e 33), pursuant to the Court's December 17, 2012 Order, (d/e 31).  In her Amended Complaint, Doe challenges the constitutionality of the Food and Drug Administration's regulation of the manufacture and distribution of human cells, tissues, and cellular and tissue-based products as applied to "uncompensated donations of semen by private individuals to other private individuals."  Amend. Compl. ¶ 11.

On February 25, 2013, defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants"), filed their Motion to Dismiss the First Amended Complaint ("Motion") on the grounds that the Court should decline jurisdiction and that Plaintiff has failed to state legally cognizable claims.  Pursuant to the parties' stipulated request and the Court's February 19, 2013 Order, (d/e 35), Plaintiff's Response is due April 8, 2013, Defendants' Reply is due May 13, 2013, and the hearing on Defendants' Motion  is set for June 20, 2013.

Also pursuant to the Court's February 19, 2013 Order, (d/e 35), the parties must file a joint Case Management Conference ("CMC") Statement by March 28, 2013, and the CMC is set for April 4, 2013.

The Court's disposition of Defendants' pending Motion may dispose of the matter. Accordingly, in the interests of efficiency, the parties believe that the CMC and the deadline for filing the joint CMC Statement should be rescheduled to a date after the hearing on Defendant's Motion.

Accordingly, pursuant to Civil Local Rule 6-2, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and respectfully request an order changing time as follows:

1. The parties shall file a joint CMC Statement by July 11, 2013; and
2. The Case Management Conference currently scheduled for April 4, 2013, is rescheduled to July 18, 2013.

The Declaration of Sang H. Lee is submitted in support of this Stipulated Request.

///

1    IT IS SO STIPULATED.

2

3    Dated:  March 21, 2013                              BY:   _/s/ SHL_____
                                                               Sang H. Lee
4                                                              *Attorney for Defendants*

5

6    Dated:  March 21, 2013                              BY:   _/s/ Amber Abbasi_____
                                                               Amber D. Abbasi
7                                                              *Attorney for Plaintiff*

8

9

10   IT IS SO ORDERED that the CMC is reset for 7/18/13 at 9:00 a.m.  A joint CMC
     statement shall be filed by 7/11/13.
11

12

13   _____
     Edward M. Chen
14   U.S. District Judge



15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
**STIPULATED REQUEST FOR ORDER CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ECF ATTESTATION

I, Sang H. Lee, am the ECF User whose identification and password are being used to file this Stipulated Request for Order Changing Time.  Pursuant to Civil L.R. 5-1(i), I hereby attest that Amber D. Abbasi, counsel for Plaintiff, Jane Doe, has concurred in this filing.


_____*/s/ Sang Lee*_____
Sang H. Lee
*Attorney for Defendants*