UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE ) | |
| ) | Case Number: C 12-03412 (EMC) |
| Plaintiff, ) | |
| ) | |
| vs. ) | **[PROPOSED] ORDER GRANTING** |
| ) | **STIPULATED REQUEST FOR ORDER** |
| MARGARET A. HAMBURG, M.D., ) | **CHANGING TIME** |
| in her official capacity as Commissioner, ) | |
| U.S. Food and Drug Administration ) | |
| ) | |
| and ) | |
| ) | |
| KATHLEEN SEBELIUS, ) | |
| in her official capacity as Secretary, ) | |
| U.S. Dep't of Health and Human Services, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Civil Local Rule 6-2, plaintiff Jane Doe and defendants Margaret A. Hamburg, M.D., Commissioner of Food and Drugs, and Kathleen Sebelius, Secretary of Health and Human Services (collectively "Defendants") have filed a Stipulated Request for Order Changing Time.

For good cause shown therein, it is hereby ORDERED that:

1. The parties' Stipulated Request for Order Changing Time is GRANTED;

1

2. The parties shall file a joint CMC Statement no later than September 5, 2013; and

3. The Case Management Conference currently scheduled for July 18, 2013 is rescheduled to September 12, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____7/2_____, 2013  _____
Hon. Edward M. Chen
United States



2

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**
**CASE NO. C 12-03412 (EMC)**